UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-08123-JLS-MAR                                    Date: October 20, 2023
Title:  MCA Backoffice LLC v. JPMorgan Chase Bank N.A. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE REMAND**

     Plaintiff MCA Backoffice LLC filed a complaint against Defendant JPMorgan Chase Bank, N.A. in the Superior Court of California for the County of Los Angeles.  (Compl., Doc. 1-1.)  Defendant removed the action to this Court, invoking diversity jurisdiction.  (Notice of Removal, Doc. 1 ¶¶ 5–8.)

     Diversity jurisdiction requires that an action be between "citizens of different States."  28 U.S.C. § 1332(a)(1).  "[A]n LLC is a citizen of every state of which its owners/members are citizens."  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

     Here, Plaintiff alleges in its state-court complaint that it is a "limited liability company."  (Compl., Doc. 1-1 ¶ 1.)  But in its notice of removal, Defendant asserts that Plaintiff MCA Backoffice LLC is, in fact, a "New York corporation," while citing the paragraph of Plaintiff's complaint that alleges Plaintiff is an LLC.  (Notice of Removal, Doc. 1 ¶ 6.)  Neither Plaintiff's complaint nor Defendant's notice of removal contains any allegations regarding Plaintiff's members/owners and their citizenship.

     Therefore, this Court sua sponte questions its jurisdiction.  Defendant is ORDERED to show cause in writing no later than **seven (7) days** from the date of this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-08123-JLS-MAR                                                        Date: October 20, 2023
Title:  MCA Backoffice LLC v. JPMorgan Chase Bank N.A. et al

Order as to why the Court should not remand this action to state court because the Court lacks subject-matter jurisdiction.  Plaintiff has **seven (7) days** thereafter to submit any response.  Each party's briefing shall not exceed **five (5) pages**.  Following submission of the parties' briefing, the matter will be deemed under submission and the Court will thereafter issue an order.

Initials of Deputy Clerk: gga