JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:23-cv-08123-JLS-MAR | Date: November 08, 2023 |
| Title:  MCA Backoffice LLC v. JPMorgan Chase Bank N.A. et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO STATE COURT**

    The Court issued an order to show cause why this case should not be remanded to state court for lack of subject-matter jurisdiction.  (OSC, Doc. 7.)  Defendant timely responded and stated that neither party opposes remand.  (Response, Doc. 8.)  Therefore, the Court REMANDS this case to the Superior Court of the State of California for the County of Los Angeles, Case No. 23SMCV04027.

    Initials of Deputy Clerk: gga